RONALD H. FARAH, an Infant, by FRANCES FARAH, His Guardian ad Litem, Appellant, *v.* HENRY FARAH, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Bernard Kaufman* for motion.

*John J. Sullivan, Eugene J. Finnegan* and *Gabriel E. Torre* opposed.

Motion dismissed, without prejudice to a renewal thereof if and when a judgment has been entered upon the order of the Appellate Division.